IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00318-REB-MJW

CERTIFIED FINANCIAL PLANNER BOARD OF STANDARDS, INC.,

Plaintiff(s),

v.

STEPHEN W. ANDERSON, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

Based upon the Supplemental Joint Notice to Court on Scheduling of Settlement Conference (docket no. 31), it is hereby **ORDERED** that a settlement conference is set for August 25, 2005, at 10:30 a.m. in courtroom A-502, Alfred A. Arraj U.S. Courthouse, 901, Nineteenth Street, Denver, Colorado.  The parties shall submit their updated confidential settlement statements to Magistrate Judge Watanabe on or before August 19, 2005.  At the settlement conference, a representative from the Plaintiff and Defendant corporations with full authority to settle this case must be present along with counsel.  Defendant Stephen W. Anderson must also be present with counsel at the settlement conference.

Date:  August 2, 2005