Case 1:05-cv-00318-REB-MJW Document 43 Filed 11/21/2005 Page 1 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. ~~05-cv-0318-REB (MJW)~~ OS -CV - 0 0 3 1 8 _ REB — M J W

CERTIFIED FINANCIAL PLANNER BOARD OF STANDARDS, INC., a Colorado corporation,

        Plaintiff,

v.

STEPHEN W. ANDERSON, individually, and
COLD CALL COWBOY PRODUCTIONS, INC., a California corporation,

        Defendants.

---

## ~~[Proposed]~~ ORDER GRANTING UNOPPOSED MOTION TO AMEND CERTAIN DEADLINES IN CURRENT SCHEDULING ORDER
( Docket No. 43 )

This matter comes before the Court on Plaintiff Certified Financial Planner Board of

Standards, Inc.'s ("CFP Board"), Unopposed Motion to Amend Certain Deadlines in Current

Scheduling Order, and the Court, having reviewed the Motion and being advised as to all matters

pertinent thereto, and finding good cause therefore,

**GRANTS** the unopposed motion and **ORDERS** that the Scheduling Order is hereby

amended as follows, with all other provisions to remain in full force and effect:

    Plaintiff will serve its supplemental expert report on damages no later than the

    close of business on **December 15, 2005**;

- Defendants will serve their supplemental rebuttal expert report on damages no

    later than the close of business on **January 15, 2006**;

Case 1:05-cv-00318-REB-MJW   Document 43   Filed 11/21/2005   Page 2 of 2

- Parties will complete depositions of expert witnesses no later than the close of
  business on **February 15, 2006**; and,

- The dispositive motion deadline is **January 30, 2006**.

Dated this 23rd day of November, 2005,

BY THE COURT

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

DNVR1:60323185.02